```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  KATE L. SCARBOROUGH
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2739
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR. S-05-0078-KJM |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| ) | INFORMATION WITHOUT PREJUDICE |
| v. ) | AND ORDER |
| ) | |
| YOLANDA DENISE PRADO, and ) | |
| MICHELLE RENEE ORMOND ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice Cr. No. S-05-0078 KJM.

The defendants in this case are married to Air Force officers who were re-assigned from Travis Air Force Base in Solano County, California, to bases in Maryland and Germany. The government has attempted to serve the defendants with notice to appear for arraignment, ane the notices have been returned marked "forwarding address expired." The government has not been able to ascertain accurate addresses for either defendant.

In consideration of the above, the government respectfully

requests that the above case be dismissed without prejudice.  If the government is able to ascertain accurate addresses for either defendant or both defendants at a later date, the government will re-file an Information.

DATED: August 15, 2006                McGREGOR W. SCOTT
                                      United States Attorney


                                By:  /s/ Matthew C. Stegman
                                     MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney


                       *     *     *

                          ORDER

IT IS SO ORDERED:

DATED: August 21, 2006.



_____
UNITED STATES MAGISTRATE JUDGE